Dismissed and Memorandum Opinion filed January 17, 2008








Dismissed
and Memorandum Opinion filed January 17, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00606-CV

____________

 

ROGER G. CARROLL, Appellant

 

V.

 

RHONDA LYNN CARROLL, Appellee

 



 

On Appeal from the
387th District Court

Fort Bend County,
Texas

Trial Court Cause
No. 06-CV-152,711 

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed March 13, 2007.  On January 2, 2008, the
parties filed an agreed motion to dismiss the appeal in order to effectuate a
compromise and settlement agreement.  See Tex. R. App. P. 42.1.  The motion is granted.           

Accordingly,
the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum Opinion filed January
17, 2008.

Panel consists of Justices Fowler, Frost, and Seymore.